■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 10, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Silverman, JJ.

■ In the Matter of ZANDER DIXON, Petitioner, v ROBERT M. MORGEN-THAU et al., Respondents.—Application for a writ of prohibition unanimously granted and the indictment dismissed, on consent, without costs and without disbursements, as indicated in the order of this court. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Silverman, JJ.

■ In the Matter of ARMCO, INC., Appellant, v ROEBLING TUBE CORP., Respondent.—Order, Supreme Court, New York County, entered on April 21, 1980, unanimously affirmed for the reasons stated by Myers, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SCHAEFER, Appellant.—Judgment, Supreme Court, New York County, rendered on August 13, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Sullivan, Bloom and Carro, JJ.

■ In the Matter of STEPHEN MOKONE, Petitioner, v FLORENCE KELLEY, Respondent.—Application for a writ of mandamus unanimously denied, the petition dismissed, and the application for a stay denied, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sandler, Ross, Bloom and Carro, JJ.